# EXHIBIT A

**T. WADE WELCH & ASSOCIATES**
ATTORNEYS AT LAW
SEVENTH FLOOR
2401 FOUNTAINVIEW, SUITE 700
HOUSTON, TEXAS 77057
(713) 952-4334
FAX (713) 952-4994
www.twwlaw.com

July 5, 2013

<u>**VIA E-MAIL**</u>

Mr. Charles W. Sartain
Looper, Reed & McGraw, P.C.
1601 Elm Street, Suite 4600
Dallas, Texas 75201
csartain@lrmlaw.com

RE:   Proposed Receivers, Case No. 3:11-cv-00922-G, *Colorado Meadowlark Corporation v. Sage Physician Partners, Inc. d/b/a American Physician Housecalls, D. Yale Sage, and Kirk R. Short.*

Dear Mr. Sartain:

As you know, on June 25, 2013, the Court granted our Motion for Turnover Order and entered an Order which requires the parties to jointly submit a list of proposed receivers by Monday, July 8, 2013. We would suggest Brent Rodine of the Dallas firm Quilling, Selander, Lownds, Winslett & Moser, P.C. as the receiver in this matter. Please let us know your suggestions. In the event we do not hear from you by Monday, we will submit his name to the Court as required by the Court's June 25th Order. Thank you for your attention to this matter.

Sincerely,

Chris Murphy