# EXHIBIT B



# Brent J. Rodine



e :: brodine@qslwm.com
p :: 214.880.1853
f :: 214.871.2111

**Practice Areas:**
Receivership
Business Litigation

**Awards & Honors:**
Texas Super Lawyers
Rising Star, 2012, published
by *Texas Monthly* magazine

**Education:**
Southern Methodist
University
(J.D. 2004, *cum laude*)

University of Oklahoma
(B.A. 2001, *cum laude*)

**Admitted to Practice:**
State Bar of Texas, 2005

State Bar of Oklahoma, 2011

## Practice Description

Mr. Rodine represents receivers appointed to locate and recover assets in securities fraud cases brought by the Securities and Exchange Commission. Also represents receivers appointed to locate and recover assets to satisfy judgments.

Represents a variety of plaintiffs and defendants in personal and commercial litigation.

## Representative Experience

Represented the receiver for a portfolio of life settlement policies with a combined death benefit exceeding $236 million.

Represented the receiver for a portfolio of life settlement policies with a combined death benefit exceeding $56 million.

Represented the receiver in cases recovering more than $11 million from Texas and California Ponzi schemes.

Represented investors who lost money in the Stanford Ponzi scheme to defeat the receiver's claims against them.

Has regularly represented a variety of plaintiffs and defendants in contract, tort, and fiduciary duty litigation.

## Selected Publications, Seminars and Cases

*Janvey v. Adams*, 588 F.3d 831 (5th Cir. 2009). Protecting defrauded investors against the receiver's disgorgement claims.

*Quilling v. Schonsky*, 247 Fed.Appx. 583 (5th Cir. 2007). Recovering assets for the benefit of defrauded investors.

*Quilling v. Stark*, 2007 WL 415351 (N.D. Tex. Feb. 7, 2007). Recovering assets paid into defendant's homestead for the benefit of defrauded investors.

*Quilling v. Humphries*, 2006 WL 2934276 (N.D. Tex. Oct. 13, 2006). Securing $9 million judgment against attorney accused of advising and facilitating a Ponzi scheme.