U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 22 2013
CLERK, U.S. DISTRICT COURT
By _____ Deputy

CIVIL ACTION NO. 3:11-CV-0922-G

| | | |
|---|---|---|
| COLORADO MEADOWLARK CORP.,<br>     Plaintiffs, | § § § | IN THE UNITED STATES DISTRICT COURT |
| v. | § § | |
| SAGE PHYSICIAN PARTNERS, INC. et al,<br>     Defendants, | § § § | |
| | § | NORTHERN DISTRICT OF TEXAS |
| AMERICAN BANK OF TEXAS,<br>     Financial Institution | § § § § § | |
| | § | DALLAS DIVISION |

## AMERICAN BANK OF TEXAS'S ORIGINAL ANSWER TO NOTICE OF APPOINTMENT OF RECEIVER

COMES NOW AMERICAN BANK OF TEXAS (hereinafter referred to as "Bank"), and files this its Original Answer to the Notice of Appointment of Receiver issued by the Court on July 9, 2013, and received by the Bank on August 12, 2013, and in said Answer would show the Court and the Receiver the following:

I.

Notice of the appointment of Brent J. Rodine as the receiver was served on the Bank on August 12, 2013.

II.

On that date Bank was indebted to PATHOS HEALTH SOLUTIONS, LLC, as follows:

1.   Small Business Account No. ▮▮▮▮▮480
     Style of Account: Pathos Health Solutions, LLC
     Balance on August 12, 2013:     $955.25

     Attached hereto as **Exhibit A** is the Customer Profile on the account as of August 12, 2013.

III.

On that date, Bank was not indebted to, nor in possession of any effects belonging to Pathos Health Solutions, LLC., or any other of the listed affiliates, other than the specific account listed above.

IV.

In accordance with the terms and provisions of the Order Appointing the Receiver, the Bank has now complied with the requests by the Receiver by providing the above account information and freezing the account.

V.

The Bank has engaged an attorney at law to represent it in this proceeding. Bank has contracted to pay a reasonable attorney's fees, as well as costs, which the Bank is entitled to recover in accordance with the terms and provisions of its account agreements.

WHEREFORE, American Bank of Texas requests:

1. That all claims to the funds on deposit be determined and adjudicated, and that Bank be discharged from all liability to either its customer respecting the deposits in question.

2. That Bank recover against its customers reasonable and necessary costs and expenses, including attorney's fees.

3. For such other and further relief to which Bank may show itself to be justly entitled.

Respectfully submitted,

SCOTT PELLEY, P.C.
707 West Washington
P.O. Box 2228
Sherman, Texas 75091-2228
Telephone: 903/893-8177
Telecopier: 903-487-4514

By: _____
Scott Pelley
State Bar No. 15732300

ATTORNEYS FOR AMERICAN BANK OF TEXAS

THE STATE OF TEXAS            )

COUNTY OF GRAYSON             )

    BEFORE ME, the undersigned notary public, on this day personally appeared Scott Pelley, who being by me duly sworn on his oath deposed and said that he is the attorney for the above-named Bank in the above-entitled and numbered cause; that he has read the above and foregoing answer; that every statement contained therein is within his personal knowledge and is true and correct.

_____
Scott Pelley

    SUBSCRIBED AND SWORN TO before me by the said Scott Pelley on this the 19th day of August, 2013, to certify which witness my hand and seal of office.

TWANA LITTLE
MY COMMISSION EXPIRES
May 31, 2014

_____
Notary Public, State of Texas

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon the following parties, as indicated, on this __19th__ day of ~~June~~ August, 2011:

Brent J. Rodine, Receiver  
Quilling Selander Lownds  
Winslett & Moser, P. C.  
2001 Bryan Street, Suite 1800  
Dallas, Texas 75201  
214-871-2100 telephone  
214-871-2111 fax

( ) Certified Mail, Return Receipt Requested, prepaid;  
( ) First-Class, prepaid; (X) Telecopier Transmission;  
( ) Hand Delivery; ( ) Email

    Receiver

Pathos Health Solutions, LLC  
5727 W. Hanover Ave  
Dallas, Texas 75209

( ) Certified Mail, Return Receipt Requested, prepaid;  
(X) First-Class, prepaid; ( ) Telecopier Transmission;  
( ) Hand Delivery; ( ) Email

_____
Scott Pelley



EXHIBIT A



Deposit Inquiry For PAA1523
PATHOS HEALTH SOLUTIONS LLC

### Balances

| Field | Amount | Field | Amount |
|---|---|---|---|
| Available Balance: | 955.25 | | |
| Collected balance | 955.25 | Closing balance | 955.25 |
| Current balance | 955.25 | | |
| Yesterday's balance | 955.25 | | |
| Last statement balance | 955.25 | Override available balance table | |
| Avg collected balance | 955.25 | Avg ledger balance | 955.25 |

**Quarterly average balance information**

| | |
|---|---|
| Average ledger balance - current quarter | 1,019.19 |
| Average ledger balance - prior quarter 1 | 1,873.66 |
| Average ledger balance - prior quarter 2 | 1,424.41 |
| Average ledger balance - prior quarter 3 | 2,884.49 |
| Average collected balance - current quarter | 1,019.19 |
| Average collected balance - prior quarter 1 | 1,873.66 |
| Average collected balance - prior quarter 2 | 1,369.97 |
| Average collected balance - prior quarter 3 | 2,726.88 |

